UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB NOEL ENCALADE,

Plaintiff,

v.

COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 26-cv-01387-HSG

**ORDER OF DISMISSAL**

On or about February 17, 2026, Plaintiff filed a *pro se* civil rights complaint with this court, Dkt. No. 1, and an application to proceed *in forma pauperis*, Dkt. No. 2. That same day, the Court informed Plaintiff that his *in forma pauperis* application was deficient because it lacked the required Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at his correctional facility and a copy of his prisoner trust account statement showing transactions for the last six months. Dkt. No. 4. The Court ordered Plaintiff to submit a complete *in forma pauperis* application by March 17, 2026, and informed Plaintiff that failure to comply with this deadline would result in the action being dismissed without prejudice. Dkt. No. 4. The deadline has passed and Plaintiff has not filed a complete *in forma pauperis* application. Accordingly, this action is DISMISSED for failure to file a complete *in forma pauperis* application or, in the alternative, pay the full filing fee. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application. A complete *in forma pauperis* application requires (1) the Certificate of Funds in Prisoner's Account form completed and signed by an authorized officer at Plaintiff's correctional facility, and (2) a copy of Plaintiff's prisoner trust account statement showing transactions for the last six months.

Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall terminate all pending motions as moot and close the case.

**IT IS SO ORDERED.**

Dated:  4/8/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2