UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB NOEL ENCALADE,

        Plaintiff,

    v.

COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No. 26-cv-01387-HSG

**JUDGMENT**

The Court has DISMISSED this action without prejudice. Judgment is entered in Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/8/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California